## Rothka Unemployment Compensation Case.

Argued March 1, 1965. *Stanley Rothka,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.

March 18, 1965

## Commonwealth ex rel. Swann, Appellant, *v.* Shovlin.

Submitted March 1, 1965. *Charles Swann,* appellant, in propria persona; *David M. Boyd,* District Attorney.

Order affirmed.

FLOOD, J., absent.

JACOBS and HOFFMAN, JJ., would reverse and remand.